1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DELANO CARROL NELSON,

             Plaintiff,

    vs.

UNITED STATES and DOES 1
Through 10, inclusive,

             Defendants.

Case No: CV 12-05761 JC

Assigned to Magistrate
Jacqueline Chooljian

**ORDER GRANTING
DEFENDANT'S MOTION TO
COMPEL DISCOVERY**

Date:  April 9, 2013
Time: 10:00 a.m.
Ctrm:  20 (Spring Street)

**[DISCOVERY MATTER]**

22

23

24

25

26

27

28

    Defendant's Motion to Compel Discovery, having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities,

    IT IS HEREBY ORDERED that Defendant's Motion to Compel Discovery is granted.  Plaintiff has an obligation under Federal Rules of Civil Procedure 33 and 34 to provide full and complete responses to Defendant's Interrogatories, and to produce all documents in his possession, custody, or control, which includes the obligation to

1    produce documents that the plaintiff has the legal right to obtain on demand. *United*

2    *States v. Int'l Union of Petroleum & Industrial Workers, AFL-CIO,* 870 F.2d 1450,

3    1452 (9th Cir. 1989); *Estate of Young v. Holmes*, 134 F.R.D. 291, 294 (D. Nev. 1991)

4    (When a party can command the person or entity to release the documents, the party

5    has control over these items). Plaintiff failed to provide either written responses or

6    produce any documents in response to Defendant's Interrogatories and Request for

7    Production of Documents, and thus has not complied with his obligations under the

8    Federal Rules of Civil Procedure.

9       IT IS HEREBY FURTHER ORDERED that:

10       1. By not later than **April 19, 2013**, Plaintiff shall provide full and

11    complete responses to Defendant's Interrogatories (Set One). Plaintiff's responses

12    shall not interpose any objections to these Interrogatories; and

13       2. By not later than **April 19, 2013**, Plaintiff shall fully and completely

14    respond to Defendant's Requests for Production (Set One) and shall provide all

15    responsive documents within Plaintiff's possession, custody, or control regarding said

16    Requests. Plaintiff's responses shall identify specifically which documents are being

17    produced in response to each Request and shall not interpose any objections to the

18    Requests. Nor shall Plaintiff withhold documents sought in the Requests on the basis

19    of any objection or asserted privilege. If Plaintiff contends that neither he nor his

20    attorneys/representatives has possession, custody, or control of documents responsive

21    to the Requests, he shall affirmatively so state.

22    **Plaintiff is cautioned that any failure to fully and timely comply with this**

23    **Order may result in sanctions including dismissal of this action.** Federal Rule of

24    Civil Procedure 37(b)(2)(A).

25    Dated: April 9, 2013            _____/s/_____

26                             Hon. Jacqueline Chooljian
                              United States Magistrate Judge

27

28