UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANO CARROL NELSON,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES AND DOES<br>1 THROUGH 10, INCLUSIVE,<br><br>            Defendants | Case No. CV 12-05761 JC<br><br>JUDGMENT |

     In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 22, 2013

                                                  /s/
                                 _____
                                 Honorable Jacqueline Chooljian
                                 UNITED STATES MAGISTRATE JUDGE